UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANQUILINO AGUIRRE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIVINT SOLAR DEVELOPER, LLC,<br><br>Defendant. | CASE NO.: 1:17-cv-01197 -JLT<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE**<br><br>**(Doc. 10)** |

WHEREAS, on October 19, 2017 defendant Vivint Solar Developer, LLC ("Vivint Solar") filed a Motion to Dismiss and Compel Arbitration in the above referenced action;

WHEREAS, prior to filing the motion, the parties conferred regarding a mutually agreeable hearing date and requested the parties stipulate to a briefing schedule;

WHEREAS, Vivint Solar noticed the Motion to Dismiss to be heard on January 17, 2018;

NOW THEREFORE, subject to court approval, the parties, by and through their undersigned counsel, hereby stipulate and agree to the following:

1. Plaintiff shall file his opposition to the Motion to Dismiss on or before December 20, 2017;
2. Defendant shall file its reply in support of the Motion to Dismiss on or before January 10, 2018.

**IT IS SO STIPULATED.**

DATED: October 23, 2017  WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Celine G. Purcell
CELINE G. PURCELL

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: cpurcell@wsgr.com
*Attorneys for Defendant Vivint Solar Developer, LLC*

DATED: October 23, 2017  KAZEROUNI LAW GROUP, APC

By: /s/ Matthew M. Loker (as authorized on 10/20/17)
Matthew M. Loker

245 Fischer Ave., Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
Email: ml@kazlg.com
*Attorneys for Plaintiff Tranquilino Aguirre*

## ORDER

Pursuant to the Stipulation Regarding the Motion to Dismiss Briefing Schedule (Doc. 10), the Court **ORDERS**: Plaintiff shall file his opposition to the Motion to Dismiss on or before **December 20, 2017.** Defendant shall file any reply in support thereof on or before **January 10, 2018**.

IT IS SO ORDERED.

Dated: **October 24, 2017**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE