# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANQUILLO AGUIRRE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VIVINT SOLAR DEVELOPER, LLC, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.: 1:17-cv-01197-JLT <br><br> **ORDER GRANTING MOTION TO SEAL PREVIOUSLY FILED DOCUMENT** <br> **(Doc. 13)** |

When the defendant filed its motion to dismiss, it attached a document that reflected the plaintiff's PG&E account and meter number. (Doc. 8-4) Now recognizing its mistake, it seeks to have the document sealed and a public, redacted document filed in its place. Because Local Rule 140 requires this information to be redacted, the Court **ORDERS**:

1. The request to seal document 8-4 is **GRANTED** and the Clerk of the Court is DIRECTED to seal the document;

2. The defendant SHALL file the redacted copy of the document, lodged with the Court, within two court days.

IT IS SO ORDERED.

Dated: **November 8, 2017**              **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE