# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANQUILLO AGUIRRE, et al., | Case No.: 1:17-cv-01197-JLT |
| Plaintiffs, | ORDER TO PLAINTIFF AND HIS COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO COMPLY WITH THE COURT'S ORDERS |
| v. | |
| VIVINT SOLAR DEVELOPER, LLC, | |
| Defendants. | |

The Court referred this matter for arbitration. (Doc. 22) In doing so, the Court stayed the action and ordered that the parties to file a **joint** report every 120 days. Id. at 10. The defendant filed a unilateral status report (Doc. 23) and the plaintiff has filed nothing. Thus, the Court **ORDERS**:

Within 14 days, the plaintiff and his counsel **SHALL** show cause in writing why sanctions, up to and including dismissal of the action, should not be imposed for their failure to comply with the Court's orders. Alternatively, within 14 days, they may file a report detailing the status of the arbitration. If, as the defendant indicates (Doc. 23), nothing has occurred, they **SHALL** explain why.

IT IS SO ORDERED.

Dated: **August 8, 2018**          /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE